# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY DEWEESE | JUDGMENT IN A CIVIL CASE |
| v. | |
| BEVERLY WILSON | CASE NUMBER: C04-5150RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Report and Recommendation of the Magistrate Judge (Dkt 16) is ADOPTED. The petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

August 20, 2003

BRUCE RIFKIN
Clerk

s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk