# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED
OCT 04 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

LARRY DEWEESE,

    Petitioner - Appellant,

v.

MARK SELING, et al.,

    Respondents - Appellees.

No. 04-35793

D.C. No. CV-04-5150-RJB
Western Washington
(Tacoma)

ORDER

OCT 12 2004

Before: PREGERSON and T.G. NELSON, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. §§ 2244(d)(1); 2253(c)(2). All pending motions are denied.

A TRUE COPY
ATTEST   10/4/04
CATHY CATTERSON
Clerk of Court
by: R. Roberts
Deputy Clerk
This certification does constitute the mandate of the court.

04-CV-05150-MAN